# Court of Appeals
# of the State of Georgia

ATLANTA, November 20, 2019

*The Court of Appeals hereby passes the following order*

**A20I0118. JOHNSON & JOHNSON et al. v. JAMIE LISA MARCENGILL et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

19C05049



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, November 20, 2019.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*